# Exhibit 1

Case 2:24-cv-00357-JRG   Document 1-1   Filed 04/22/24   Page 2 of 24 PageID #: 7



US00RE43392E

(19) **United States**

(12) **Reissued Patent**
Meenan et al.

(10) Patent Number: **US RE43,392 E**
(45) Date of Reissued Patent: **May 15, 2012**

(54) **CAPABILITY SPOOFING USING A LOCAL PROXY SERVER**

(75) Inventors: **Patrick Meenan**, Chantilly, VA (US); **David Clyde Chiles**, Mitchellville, MD (US); **Jeffrey J. Damick**, South Riding, VA (US)

(73) Assignee: **Tarquin Consulting Co., LLC**, Dover, DE (US)

(21) Appl. No.: **12/651,865**

(22) Filed: **Jan. 4, 2010**

**Related U.S. Patent Documents**

Reissue of:
(64) Patent No.: **7,315,886**
      Issued: **Jan. 1, 2008**
      Appl. No.: **10/330,554**
      Filed: **Dec. 30, 2002**

(51) **Int. Cl.**
      *G06F 15/16* (2006.01)

(52) **U.S. Cl.** ........ 709/219; 709/212; 709/213; 709/216; 709/217; 709/218

(58) **Field of Classification Search** ................. 709/212, 709/213, 216, 217–219
      See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,826,000 A | 10/1998 | Hamilton | |
| 5,852,722 A | 12/1998 | Hamilton | |
| 6,052,750 A | 4/2000 | Lea | |
| 6,085,236 A | 7/2000 | Lea | |
| 6,198,479 B1 * | 3/2001 | Humpleman et al. | 715/733 |
| 6,314,447 B1 | 11/2001 | Lea et al. | |
| 6,314,459 B1 | 11/2001 | Freeman | |

| | | | |
|---|---|---|---|
| 6,349,352 B1 * | 2/2002 | Lea | 710/72 |
| 6,363,434 B1 | 3/2002 | Eytchison | |
| 6,434,596 B1 | 8/2002 | Ludtke et al. | |
| 6,523,696 B1 | 2/2003 | Saito et al. | |
| 6,546,419 B1 * | 4/2003 | Humpleman et al. | 709/223 |
| 6,643,684 B1 | 11/2003 | Malkin et al. | |
| 6,691,150 B1 | 2/2004 | Yoshino et al. | |
| 6,694,349 B1 | 2/2004 | Zou | |
| 6,801,507 B1 | 10/2004 | Humpleman et al. | |
| 6,806,977 B1 * | 10/2004 | Freeny et al. | 358/1.15 |
| 6,868,447 B1 | 3/2005 | Slaughter et al. | |
| 6,898,618 B1 * | 5/2005 | Slaughter et al. | 709/203 |
| 6,904,519 B2 | 6/2005 | Anand et al. | |
| 6,918,123 B1 * | 7/2005 | Shteyn | 719/318 |

(Continued)

FOREIGN PATENT DOCUMENTS

WO          0122661     3/2001

(Continued)

OTHER PUBLICATIONS

Notice of Allowance, issued in U.S. Appl. No. 10/330,554, mailed Aug. 16, 2007, 5 pages.

(Continued)

*Primary Examiner* — Mohamed Wasel
(74) *Attorney, Agent, or Firm* — Schwabe, Williamson & Wyatt, P.C.

(57) **ABSTRACT**

A home-networking gateway may provide a service to a device on a home network by transparently accessing (or spoofing) a capability of a different device on the home network. The device capabilities may be automatically detected and used. A home-networking gateway also may transparently provide a service from a host system to a device on a home network by accessing a service on a host system.

**100 Claims, 5 Drawing Sheets**



# US RE43,392 E
## Page 2

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,924,727 | B2 * | 8/2005 | Nagaoka et al. | 340/3.1 |
| 6,950,875 | B1 | 9/2005 | Slaughter et al. | |
| 7,016,966 | B1 | 3/2006 | Saulpaugh et al. | |
| 7,200,644 | B1 * | 4/2007 | Flanagan | 709/219 |
| 2001/0038392 | A1 | 11/2001 | Humpleman et al. | |
| 2004/0203606 | A1 * | 10/2004 | Souissi et al. | 455/412.1 |
| 2004/0240451 | A1 * | 12/2004 | Lee et al. | 370/395.5 |
| 2005/0246624 | A1 | 11/2005 | Humpleman et al. | |
| 2005/0273508 | A1 * | 12/2005 | Humpleman et al. | 709/223 |
| 2006/0053375 | A1 | 3/2006 | Humpleman et al. | |
| 2006/0218650 | A1 * | 9/2006 | Costa-Requena et al. | 726/27 |
| 2006/0288071 | A1 * | 12/2006 | Bigioi et al. | 709/203 |
| 2007/0094366 | A1 * | 4/2007 | Ayoub | 709/223 |
| 2007/0157260 | A1 * | 7/2007 | Walker | 725/86 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | WO 01/22661 A2 | 3/2001 |

### OTHER PUBLICATIONS

Advisory Action, issued in U.S. Appl. No. 10/330,554, mailed Jan. 18, 2007, 3 pages.

Office Action, issued in U.S. Appl. No. 10/330,554, mailed Oct. 18, 2006, 10 pages.

Office Action, issued in U.S. Appl. No. 10/330,554, mailed May 2, 2006, 10 pages.

Alexander, S. and Droms, R., "DHCP Options and BOOTP Vendor Extensions (Request for Comments: 2132)", The Internet Engineering Task Force, Mar. 1997, pp. 1-32.

* cited by examiner

Case 2:24-cv-00357-JRG Document 1-1 Filed 04/22/24 Page 4 of 24 PageID #: 9



FIG. 1

Case 2:24-cv-00257-JRG   Document 1-1   Filed 04/22/24   Page 5 of 24 PageID #: 10

<u>200</u>



FIG. 2



**FIG. 3**



**FIG. 4**

Case 2:24-cv-00287-JRG   Document 1-1   Filed 04/22/24   Page 8 of 24 PageID #: 13

**500**



**FIG. 5**

**1**

# CAPABILITY SPOOFING USING A LOCAL PROXY SERVER

**Matter enclosed in heavy brackets [ ] appears in the original patent but forms no part of this reissue specification; matter printed in italics indicates the additions made by reissue.**

## *CROSS-REFERENCE TO RELATED APPLICATION*

*This patent application is a reissue application for U.S. Pat. No. 7,315,886, issued from U.S. patent application Ser. No. 10/330,554, filed on Dec. 30, 2002.*

## TECHNICAL FIELD

This description relates to providing services to devices in a computer network using a local proxy server.

## BACKGROUND

In a network of computing devices, each of several networked devices may have particular components or capabilities that are capable of performing one or more functions. As a consequence, the network of computing devices may include a variety of devices having a wide variety of components and/or capabilities.

For example, a network may include a general-purpose computer that includes a storage device and that has the capability of storing data on the storage device. The same network also may include a stereo entertainment system that is capable of playing music, and a router or gateway that is capable of sending data to a computing device that is accessible through the network.

Moreover, in a network environment, the components and capabilities of one networked device may be leveraged by other networked devices. In the above example, the stereo may be able to leverage storage capabilities at the general-purpose computer.

## SUMMARY

In one general aspect, a capability is provided using a local proxy server. A communications session is established between a first device in a home network and a local proxy server in the home network, and between a second device in the home network and the local proxy server. A capability of the second device is advertised as a capability of the local proxy server to the first device, and the second device is leveraged to perform a capability for the first device in a manner that is transparent to an operator of the first device.

Implementations may include one or more of the following features. For example, a request for a capability of the second device may be received with respect to the first device. The second device may be leveraged to perform the capability in a manner that is transparent to the first device. The first device may be detected.

A set of rules may be accessed to determine the capability to perform for the first device. Each rule may associate a capability with a device. The second device may be leveraged for the first device based on the accessed set of rules.

A determination may be made as to whether the local proxy server is capable of performing the capability without use of the second device. The second device may be used to perform

**2**

the capability for the first device only when the local proxy server is not capable of performing the capability without use of the second device.

A determination may be made as to whether the second device is capable of performing the capability. Capability information may be accessed to determine whether the second device is capable of performing the capability. A request may be send to the second device to perform the capability only if the second device is determined to be capable of performing the capability.

In another general aspect, a capability of a first device on a home network is automatically identified. A communications session between a first device in the home network and a local proxy server in the home network is established, and an indication of a capability of the first device on the home network is received. The indication of the capability of the first device is associated with a first device identifier, and that indication of the capability and the association between the indication and the first device identifier are stored for use in transparently leveraging the capability of to a second device on the home network.

Implementations of this general aspect may include one or more of the features noted above and one or more of the following features. For example, an indication may be received from the first device. The indication may include a message that announces the presence of the first device on the home network. A priority may be associated with the first device identifier, and an association between the priority and the first device identifier may be stored. The indication of the capability of the first device and the availability of the indicated capability may be send from the local proxy server to the other devices using the home network. The other devices may include the second device.

In yet another general aspect, a capability is provided by a device using a local proxy server. A communications session is established between a first device in a home network and a local proxy server in the home network, and between a trusted system and the local proxy server. A capability of the trusted system is advertised as a capability of the local proxy server to the first device, and the trusted system is leveraged to perform a capability for the first device in a manner that is transparent to an operator of the first device.

Implementations may include one or more of the features noted above and one or more of the following features. For example, request with respect to the local proxy service for a capability of the trusted system may be received. The trusted system may be leveraged to perform the capability in a manner that is transparent to the first device.

A set of rules may be accessed to determine the capability to perform for the first device. Each rule may associate a capability with a device. The trusted system may be leveraged for the first device based on the accessed set of rules.

A determination may be made as to whether the local proxy server is capable of performing the capability without use of the trusted system. The trusted system may be leveraged to perform the capability for the first device only when the local proxy server is not capable of performing the capability without the use of the trusted system.

A determination may be made as to whether the trusted system is capable of performing the capability. Capability information may be accessed to determine whether the trusted system is capable of performing the capability. A request may be send to the trusted system to perform the requested capability only if the trusted system is capable of performing the requested capability.

Capability information may be accessed to determine whether a home network device other than the first device is

3

capable of performing the capability. A request may be send to the trusted system to perform the requested capability only if a home network device other than the first device is capable of performing the requested capability.

The trusted system may be an endorsed system of an Internet service provider or an endorsed system of an Internet access service.

Implementations of the techniques discussed above may include a method or process, an apparatus or system, or computer software on a computer-accessible medium.

The details of one or more implementations set forth in the accompanying drawings and the description below. Other features will be apparent from the description and drawings, and from the claims.

DESCRIPTION OF DRAWINGS

FIG. 1 is a block diagram illustrating an exemplary communications system capable of providing services to devices used in a home network.

FIG. 2 is a flow chart showing a process for automatically determining capabilities of devices used in a home network.

FIG. 3 is a block diagram illustrating communications between a requesting device, a home-networking gateway, and a providing device on the home network to provide a capability to the requesting device.

FIG. 4 is a block diagram illustrating communications between a requesting device, a home-networking gateway, and a host system to provide a capability to the requesting device.

FIG. 5 is a flow chart depicting a process for automatically providing a service based on detecting a device.

Like reference symbols in the various drawings indicate like elements.

DETAILED DESCRIPTION

A home-networking gateway may provide a service to a device on a home network by accessing a capability of a different device on the home network. This may be referred to as device capability spoofing. The device capabilities may be automatically detected and used. A home-networking gateway also may provide a service from a host system to a device on a home network by accessing a service on a host system. This may be referred to as host system capability spoofing. The home-network gateway may advertise the capability of a device on the home network, or a service from a host system, as a capability of the home-network gateway itself.

Referring to FIG. 1, a home networking system 100 includes multiple home-networked devices 112 ("devices") connected to each other and to a home-networking gateway 115. Some of the devices are wireless devices. The home-networking gateway 115 is connected to a host system 120 through a communication device 119 over communication links 130.

The home networking system 100 enables the devices 112 to communicate with the host system 120 through the home-networking gateway 115 using the single communication device 119. The devices 112, the home-networking gateway 115, and the communication device 119 may be included in a home network 110 physically located in a personal residence (e.g., a single-family dwelling, a house, a townhouse, an apartment, or a condominium). The home-networking gateway 115 generally is local to the home network 110. The home-networking gateway 115 is located logically between the devices 112 and a host system 120 that is external to the home network 110. The host system 120 may be, for example,

4

an Internet access provider device, an Internet service provider device, an online host system proxy server, or another external system device.

The devices 112 and the home-networking gateway 115 typically are located in a physical place that enables the home-networking gateway 115 to network with the devices 112. In one implementation, for example, the home-networking gateway 115 is physically located in a personal residence, and the devices 112 are physically located such that communications with the home-networking gateway 115 are enabled and maintained. For instance, when the home-networking gateway 115 is physically located in a personal residence, the devices 112 also may be physically located in the personal residence. However, the location of the home-networking gateway 115 in the personal residence does not necessarily preclude one or more of the devices 112 from being networked to the home-networking gateway 115 from a remote location. Similarly, the location of the home-networking gateway in the personal residence does not necessarily preclude use of one or more of the devices 112 from outside of the personal residence or communication by those devices with the host system 120 through the home-networking gateway 115. For instance, the devices 112 may include one or more portable computing devices that may be taken outside of the personal residence and still remain connected through a wireless access point to the home-networking gateway 115 located within the personal residence.

The devices 112 may include one or more general-purpose computers (e.g., personal computers), one or more special-purpose computers (e.g., devices specifically programmed to communicate with the home-networking gateway 115 and/or the host system 120), or a combination of one or more general-purpose computers and one or more special-purpose computers. Other examples of devices 112 include a workstation, a server, an appliance (e.g., a refrigerator, a microwave, and an oven), an intelligent household device (e.g., a thermostat, a security system, a heating, ventilation and air conditioning (HVAC) system, and a stereo system), a device, a component, other physical or virtual equipment, or some combination of these elements capable of responding to and executing instructions within the system architecture.

FIG. 1 shows several implementations and possible combinations of devices and systems used within the home networking system 100. For brevity, only a few illustrative elements are included in home networking system 100.

As illustrated by FIG. 1, examples of devices 112 may include, but are not limited to, a personal computer with a Windows™ operating system (OS) 112a, a stereo entertainment system 112b capable of playing music, a TV set-top box 112c, a game device 112d, a digital camera 112e, a scanner 112f that digitizes an optical image to produce an image represented as binary data, a color printer 112g, a monochrome printer 112h (such as a laser printer than uses black toner), a wireless access point (WAP) 112i, a laptop or otherwise portable computer 112j, and a personal digital assistant (PDA) 112k. Some of the devices, such as a personal computer with Windows™ OS 112a, a stereo entertainment system 112b, a TV set-top box 112c, a game device 112d, and a scanner 112e, typically communicate with the home-networking gateway 115 through a wired network.

Some of the other devices, such as a laptop computer 112j and a PDA 112k, typically communicate with the home-networking gateway 115 using a wireless access point 112i. When devices communicate using wireless access point 112i, they may be referred to as wireless devices. Wireless devices are not limited to portable devices. For example, a desktop personal computer, such as a personal computer with a Win-

5

dows™ OS 112a, may communicate using wireless access point 112i. Specifically, the wireless devices communicate over a wireless communications pathway to the wireless access point 112i. The wireless access point 112i is connected to home-networking gateway 115 through the wired network and transmits communications received from wireless devices to the home-networking gateway 115. In some implementations, the wireless access point 112i may be a component of the home-networking gateway 115.

A wireless communications pathway may use various protocols to communicate from a wireless devices to a wireless access point 112i. For example, the wireless communications pathway may use wireless technology based on the Institute of Electrical and Electronics Engineers, Inc. (IEEE) 802.11 standard (such as 802.11b or 802.11a). The wireless communications pathway also may use wireless technology based on the Bluetooth approach for short range wireless communications, other personal area network (PAN) technologies, or other wireless technology, such as the HiperLan2 standard by the European Telecommunications Standards Institute (ETSI).

Some of the devices 112, such as the personal computer with a Windows™ OS 112a, the laptop computer 112j, and the PDA 112k, include software for logging on to the host system 120 using a particular user associated with the user of the device. Such devices may be referred to as client devices. Other devices, such as stereo entertainment system 112g, may include software for logging on to host system 120 without identifying an associated user of the user of the device. Yet other devices, such as TV set-top 112c and game device 112d, may be configured to function either as a client device or a non-client device depending on the function being performed.

The home-networking gateway 115 may include a home gateway device, such as a gateway, a router, or another communication device. The home-networking gateway 115 also may include a digital hub capable of receiving broadcast video signals, receiving communication data (such as through a broadband connection), and distributing the signals and data to devices 112. The home-networking gateway 115 may include another communications device and/or a home entertainment device, such as a radio tuner, a TV tuner, a portable music player, and a personal video recorder. The home-networking gateway 115 communicates with a host system 120 over communications links 130. In some implementations, the host system 120 may be an online access provider, such as an Internet access provider or an Internet service provider.

The home-networking gateway 115 typically connects to the host system 120 using a communication device 119. Examples of the communication device 119 may include (and are not limited to) a satellite modem 119a, an analog modem 119b, a cable modem 119c, and a DSL modem 119d. The home-networking gateway 115 uses the communication device 119 to communicate through communication links 130 with the host system 120. The communication links 130 may include various types of communication delivery systems that correspond to the type of communication device 119 being used. For example, if the home-networking gateway 115 includes a satellite modem 119a, then the communications from a device 112 and an associated home-networking gateway 115 may be delivered to the host system 120 using a satellite dish 130a and a satellite 130b. The analog modem 119b may use one of several communications links 119, such as the satellite dish 130a and satellite 130b, the Public Switched Telephone Network (PSTN) 130d (which also may be referred to as the Plain Old Telephone Service or POTS), and the Cable Modem Termination System (CMTS)

6

130d. The cable modem 119c typically uses the CMTS 130d to deliver and receive communications from the host system 120. The DSL modem 119d typically delivers and receives communications with the host system 120 through a Digital Subscriber Line Access Multiplexer (DSLAM) 130e and an Asynchronous Transfer Mode (ATM) network 130f.

The home networking system 100 may use various protocols to communicate between the devices 112 and the home-networking gateway 115 and between the home-networking gateway 115 and the host system 120. For example, a first protocol may be used to communicate between the devices 112 and the home-networking gateway 115, and a second protocol may be used to communicate between the home-networking gateway 115 and the host system 120. In one implementation, the first protocol and the second protocol may be the same. In another implementation, the first protocol and the second protocol may be different. The home-networking gateway 115 may include different hardware and/or software modules to implement different home networking system protocols.

The home-networking gateway 115 may store or otherwise include configuration information 115a, device capability information 115b, host system capability information 115c, and capability workflow information 115d. The home-networking gateway 115 may include configuration information 115a. The configuration information 115a may be stored as a table, a list, or other type of data structure (e.g., an Extensible Mark-up Language (XML) file). The configuration information 115a may include identifying information 115a, such as a MAC ("Media Access Control") address and/or a network address, that may uniquely identify a home-networking gateway 115. The identifying information 115a also may include a user account that is permitted to access the host system 120 and connectivity information that describes how to establish a communication session with the host system 120.

The configuration information 115a may include device information for devices 112 that are associated with the home-network 110. Device information may include a device identifier for a device, such as devices 112a-112k. The device identifier may include a hardware device identifier, such as a MAC address, and/or a network address, such as a static IP address associated with the device or a dynamic IP address. The dynamic IP address may be assigned by home-networking gateway 115, by some other network device, or by the host system 120 through the Dynamic Host Configuration Protocol or another protocol that enables the dynamic allocation of an IP address to a device on a network. The device information associated with each device may include, for example, the type of device (e.g., a client or a non-client device), the class of device (e.g., a gaming device, a personal computer, or a PDA), the type of platform (e.g., the type of hardware, such as a personal computer with a Windows™ OS, a PDA, a home appliance, or an entertainment device), and/or the operating environment (e.g., the operating system type and/or version).

The device information also may include a user-assigned name. The user-assigned name may be referred to as a familiar name or a nickname. For example, an identifier for a particular game device may be associated with the user-assigned name of "Billy's game device." The device information also may include parental control information or other types of access restrictions that are associated with the device. The parental control information may include different levels of parental control restrictions associated with the device.

The configuration information 115a may include protocol information necessary to configure the home-networking gateway 115 to communicate with devices 112.

7

8

Protocol information may include protocol information that describes how to establish communication with one or more of devices 112, how to configure the wireless access point 112i, or how to configure wireless devices, such as the laptop computer 112j or the PDA 112k. The configuration information for how to configure the wireless access point 112i, the laptop computer 112j, and the PDA 112k to communicate with one another may be referred to as wireless configuration information. Wireless configuration information stored on the home-networking gateway may include a security key, such as a wired equivalent privacy (WEP) key that may be used to encrypt and decrypt transmitted data, and a wireless network name, such as a service set identifier (SSID) that identifies the particular network. The configuration information 115a also may include other types of wireless configuration information, such as a level of encryption (e.g., 40-bit encryption or 128-bit encryption) associated with a WEP key. The storage of such wireless configuration information may be useful for a wireless device, such as laptop computer 112f that must maintain common configuration information with a wireless access point to enable communications with the wireless access point. For instance, a wireless device and a wireless access point may be required to maintain the following configuration information in common to enable them to communicate: a WEP key, a SSID, a list of devices that are permitted access, and a level of encryption associated with the WEP key (e.g., 40-bit encryption or 128-bit encryption).

The configuration information 115a also may include a list of devices that are permitted access to the home network. For example, the configuration information 115a may include a list of MAC addresses that uniquely identify the devices that are permitted access to the home network.

The home-networking gateway 115 also may include device capability information 115b that identifies capabilities and components of devices 112 that are available for use by the home-networking gateway 115. The home-networking gateway 115 may use the device capability information 115b to provide a service using a capability or a component of one of the devices 112 to another of the devices 112. The device capability information 115b may be stored in a table, a list, or other type of data structure (e.g., an XML file). The device capability information 115b may include a list of capabilities or components, and associate a device with each listed capability or component, as illustrated in the table below.

| CAPABILITY | DEVICE | PRIORITY |
|---|---|---|
| Storage | Windows PC 112a | 1 |
| Camera | Digital camera 112e | 1 |
| Monochrome printing | Color printer 112g | 2 |
| Monochrome printing | Monochrome printer 112h | 1 |
| Color printing | Color printer 112g | 1 |

Although the illustrated table uses a reference number of FIG. 1 to identify a particular device, the device capability information 115b may use device identifying information, such as a MAC address, as described previously. Additionally or alternatively, the device capability information 115b may identify a particular device using a device nickname, which was described previously.

In some implementations, the device capability information 115b also may include a priority to indicate the relative preference for using the device to perform the capability. For example, as illustrated in the table, monochrome printing is available both using the color printer 112g and using the monochrome printer 112h. The priority of monochrome printing using monochrome printer 112h is one, and the priority of monochrome printing using color printer 112g is two. The priority of the monochrome printer 112h is lower relative to the priority of color printer 112g. This indicates that the monochrome printer 112h is preferred over the color printer 112g for monochrome printing. This may be, for example, because the cost to print a monochrome page on the monochrome printer 112h is lower than the cost to print a monochrome page on the color printer 112g. A device also may be preferred over a different device offering the same capability, for example, due to the device's location, such as when one device is more centrally located than another device.

The home-networking gateway 115 may include host system capability information 115c that identifies services accessible using the host system 120. The home-networking gateway 115 may use the host system capability information 115c to provide a host system-based service to one of the devices 112. The host system capability information 115c may be stored in a table, a list, or other type of data structure (e.g., an XML file). The host system capability information 115c may include a list of services available from the host system 135. In some implementations, the host system capability information 115c also may include a list of services available from systems in addition to the services available from the host system 120. For example, the host system capability information 115c may include a list of web services and an Internet address associated with each web service. In some implementations, the host system capability information 115c also may include information about how to access the identified service (e.g., connection information, user account and password information, or information to initiate the identified service using a remote procedure call).

Information about host system capabilities may be provided from the host system 120 to the home-networking gateway 115. The information about host system capabilities may be stored as host system capability information 115c. For example, a service information directory 124 may identify the services available from the host and, optionally, how to access each of the services using the host system, may be accessible to the home-networking gateway 115. The home-networking gateway 115 may access the service information directory 124 and store appropriate information on the home-networking gateway 115.

Alternatively, information about host system capabilities may be available to the home-networking gateway 115 using a protocol that supports automatic discovery of system capabilities, such as UPnP ("Universal Plug and Play"). When the home-networking gateway 115 and the host system 120 establish a connection, the host system 120 sends a message that announces its presence and its capabilities, as does the home-networking gateway 115. By using UPnP, the home-networking gateway 115 and the host system 120, each become aware of the capabilities of the other. The home-networking gateway 115 stores the capabilities of the host system 120 in the host system capability information 115c. In some implementations, the host system 120 also may store the capabilities of the home-networking gateway 115 and to enable the host system 120 leveraging of home network capabilities.

The home-networking gateway 115 may include capability workflow information 115d that identifies a sequence (or other type of collection) of one or more procedures to be accomplished when a particular capability or a particular device is detected. The home-networking gateway 115 may use the capability workflow information 115d to automatically provide one or more capabilities, services, or both with-

9

out receiving an explicit request from a device to perform a particular service or use a particular capability. The capability workflow information **115**d may be stored as a table, a list, or other type of data collection (e.g., an XML file) that associates a particular capability or a particular device with a particular script that identifies a procedure or procedures to be performed. The capability workflow information **115**d also may includes the script or other procedures to be performed. Alternatively or additionally, the script or other procedures may be stored remotely from the home-networking gateway **115**. For example, the script or other procedures may be stored on storage local to the personal computer with a Windows™ OS **112**a. The home-networking gateway **115** executes the particular script when the device or the capability is detected.

When a device, such as one of devices **112**, is connected to the home network, the home-networking gateway **115** and the device establish communications using a protocol known to both devices. For example, UPnP may be used. When the device is connected to the home network, the device may announce its presence by sending a message over the network. The sent message may include device identifying information and a list of one or more capabilities or components that are associated with the device. The home-networking gateway **115** may receive the message and detect the device and the device's capabilities based on the received message. The home-networking gateway **115** may store each capability in association with device identifying information in device capability information **115**b. The home-networking gateway **115** also may receive device identifying information from the detected device and store the received information in configuration information **115**a. In some implementations, the home-networking gateway **115** may receive and store other types of information, such as a device nickname and parental control information, that is associated with the device.

A device, such as one of the devices **112**, may request a service from the home-networking gateway **115**. The home-networking gateway **115** receives the service request and accesses the device capability information **115**b to determine whether the service is available from one of the other devices on the home network. If so, the home-networking gateway **115** leverages the capability or the component of the device to provide the service to the requesting device. The home-networking gateway may be said to spoof, or otherwise fool, a networked device, such as one of devices **112**, by the appearance that the home-networking gateway **315** itself provides capabilities that are provided using a second networked device. In this way, the home-networking gateway may transparently provides a service to the networked device using the second networked device such that the networked device is unaware that the second networked device is providing the capability.

For example, the PDA **112**k may send to the home-networking gateway **115** a request to store a data file (or other type of data collection). The sent request includes the data file to be stored. When the home-networking gateway **115** receives the storage request and the associated data file, home-networking gateway **115** accesses the device capability information **115**b and determines that a storage capability is available on the Windows PC **112**a. The home-networking gateway **115** forwards to the Windows PC **112**a the storage request and the associated data file. The Windows PC **112**a stores the data file. Using the device capability information **115**b, the home-networking gateway **115** may be able to automatically trigger an appropriate process to leverage the detected capability without requiring user intervention. In this example, the home-networking gateway **115** automati-

10

cally initiates a process on the Windows PC **112**a to store the data file received from the PDA **112**k.

More elaborate scenarios are possible, as one skilled in the art would appreciate. For instance, when a person drives the person's automobile into the garage of the person's residence, the stereo system in the automobile may automatically establish a wireless connection with home network. This automated discovery may be accomplished, for example, using Blue Tooth wireless support. The automobile stereo system may announce its presence and its settings on the home network, and the home-networking gateway may respond by executing a script identified by capability workflow information **115**d to automatically perform a series of actions. For example, the home-networking gateway **115** may power on a home entertainment system and tune a radio on the home entertainment system to the same station as set in the automobile stereo system. Additionally or alternatively, when the home-networking gateway perceives the automobile stereo system is on the network, the home-networking gateway may turn on a predetermined set of lights, open electric window shades, adjust the home thermostat, and turn on a general-purpose computer.

Similarly, the home-networking gateway **115** may advertise content that is physically stored *on* host system **120** and services available thorough a host system service as though the content was stored on the home-networking gateway **115** itself. This may allow one of the devices **112** to perceive the content on the home-networking gateway **115** without requiring that the content itself be stored on the home-networking gateway **115**. The home-networking gateway **115** may access and provide a host system service to the home network as though the service was provided by the home-networking gateway **115**. The capability to spoof host system capabilities may be particularly advantageous when large amounts of capacity is required, for example, in the storage of music and movies. The content is stored outside of the home network, and yet the content is transparently available to the home-networking gateway. For example, a library of movies or sound recordings may be stored on the host system and yet transparently available for access by one of the devices **112**. This may result in a decreased amount of storage required in the home network **110**.

Additionally or alternatively, the host system **120** may be used for off-site storage of memorable or valuable data files. For example, irreplaceable historic or family pictures may be digitized using scanner **112**f and saved both on storage located on the home-network **110** and on storage located on the host system **120**. The redundant pictures on the host system **120** may be preserved in the event of a catastrophic loss of the storage on the home network **110**. The irreplaceable content may be more easily accessible outside of the home network, which may encourage a greater use of off-site storage for important or irreplaceable items.

In another example, the home-networking gateway **115** may spoof a music stream from a host system as local music storage. The music service on the host system may be advertised as local music storage.

The home-networking gateway **115** may provide a service or a capability available from one of the devices **112** or from the host system **120** based on the detection of a device or a capability, without requiring an explicit request from a device for the service. For example, the home-networking gateway **115** may detect a particular type of device or a particular capability, for example, when a device announces its presence and its capability on the network using UPnP. The home-networking gateway **115** may determine whether a script is associated with the detected device or the detected capability

11

by capability workflow information 115d. If so, the home-networking gateway 115 executes the associated script to provide a service or capability to the home network.

For example, when the digital camera 112e is connected to the home network, the digital camera 112e announces its presence using UPnP by sending a message over the home network. The digital camera 112e also announces in the message a capability as a camera and a storage capability that includes stored digital photographs. The home-networking gateway 115 receives the message and sends a reply message. The reply message by the home-networking gateway 115 announces the presence of the home-networking gateway 115 and the capabilities available through the home-networking gateway 115. The capabilities included in the reply message are the capabilities identified in the device capability information 115b and/or the services identified in the host system capability information 115c.

Based on the capability workflow information 115d, the home-networking gateway 115 executes a script associated with the detection of photographs at a remote device with which it communicates. The script also may be part of capability workflow information 115d or may be stored elsewhere, as described either with respect to capability workflow information 115d. The home-networking gateway 115 may access the photographs stored in the digital camera 112e and may store the photographs in a location specified in the script (e.g., on storage associated with the personal computer 112a), send the stored photographs to a photograph print service available from a website and order a predetermined quantity and type of photograph prints, and/or post the stored photographs to a family photograph album web page so that family members may access the photographs from a remote location. Using the device capability spoofing ability and the host system capability spoofing ability of the home-networking gateway 115, the photographs taken with the digital camera 112e are stored locally, sent to a photograph print service, and/or published in a family photograph album, without user intervention.

The use of capability spoofing by home-networking gateway with a device synchronization function may be particularly advantageous. For example, when a PDA establishes a wireless connection with the home-networking gateway, the PDA may announce its presence on the home network. Based on the detection of the PDA, the home-networking gateway 115 may initiate a synchronization function that transparently uses storage that is available through the home-networking gateway and a personal information management function that provides a calendar and address book by the host system 120. For example, the home-networking gateway 115 may synchronize, or otherwise copy, a portion or all of the information from a calendar and an address book on the PDA 112k to storage on the home network, such as storage associated with the personal computer 112a. The home-networking gateway 115 also may send the calendar and address book information to a calendar and address book provided by the host system 120. The PDA calendar and address book information is available locally on the home network and available on the host system 120, without requiring user intervention. The availability of the calendar and address book information on the host system 120 may be advantageous. For example, the calendar and address book information may be accessible from any location that is able to access the host system.

FIG. 2 shows a process 200 to identify a capability of a device on a home network. The process 200 may be performed, for example, by a home-networking gateway, such as home-networking gateway 115 of FIG. 1.

12

The process 200 begins when a message that announces the presence of a device on the home network is received by the home-networking gateway (step 210). The message identifies the device that sent the message and identifies one or more capabilities that may be performed using the device.

The home-networking gateway stores the capability identified in the received message (step 220) and associates the identity of the message sender with the stored capability (step 230). For example, the home-networking gateway may modify device capability information, such as item 115b of FIG. 1, to include the capabilities included in the received message and associate each capability with the identity of the device that sent the message.

The home-networking gateway broadcasts a list of capabilities available using the home-networking gateway over the network (step 240). The list of capabilities may include capabilities of the home-networking gateway itself and capabilities that are available from other devices that are accessible through the home-networking gateway. For example, the list of capabilities accessed may be an implementation of the device capability information 115b and/or host system capability information 115c of FIG. 1. This broadcast may announce the presence of the home-networking gateway to the device that sent the received message. Additionally or alternatively, this broadcast may announce to other devices on the network the updated capabilities available thorough the home-networking gateway (e.g., the capabilities available from the device that sent the received message).

The process 200 also may be used by a home-networking gateway to identify the services that are available from a host system, such as host system 120 of FIG. 1. The home-networking gateway receives a message from the host system announcing the presence and services available on the host system (step 210), and the process proceeds as described previously.

FIG. 3 illustrates a process 300 involving a requesting device 310, a home-networking gateway 315, and a providing device 325, all of which communicate using a home network, to provide a capability to the requesting device 310. The requesting device 310 may be an implementation of one of the devices 112 of FIG. 1, as may be the providing device 325. The home-networking gateway 315 may be, for example, an implementation of the home-networking gateway 115 of FIG. 1.

The process 300 begins when the requesting device 310 sends to the home-networking gateway 315 a request to use a particular capability of the home-networking gateway (step 330r). For example, the requesting device 310 may be aware of capabilities available from the home-networking gateway, for example, through a mutual discovery process, as described previously with respect to FIGS. 1 and 2.

The home-networking gateway 315 receives the request to use a particular capability of the home-networking gateway (step 330g). The home-networking gateway 315 determines whether the requested capability is available on the home-networking gateway 315 itself (step 334g). If so, the home-networking gateway 315 provides the capability using the resources of the home-networking gateway 315 itself. This may be referred to as using the native home-networking gateway resources (step 338g).

When the home-networking gateway 315 determines that the requested capability is not available on the home-networking gateway 315 itself (step 334g), the home-networking gateway accesses device capability information (340g). The device capability information may include a list of capa-

13

14

bilities available using other devices on the home network, as described previously with respect to device capability information **115**b of FIG. **1**.

The home-networking gateway **315** determines whether the requested capability is included in the capabilities included in the device capability information (step **344**g). In other words, the home-networking gateway **315** determines whether the capability may be spoofed using another device on the home network. If not, the home-networking gateway **315** sends a message to the requesting device **310** that the operation failed (e.g., that the particular capability is not available through the home-networking gateway **315**) (step **348**g). The requesting device **310** receives the message that the operation failed and the process **300** ends (step **348**r).

When the home-networking gateway **315** determines that the capability may be spoofed using another device on the home network (here, the providing device **325**) (step **344**g), the home-networking gateway **315** sends to the providing device **325** a request to use the capability (step **350**g).

The providing device **325** receives the request (step **350**p), provides the capability (step **354**p), and sends an acknowledgment to the home-networking gateway **315** (step **358**p).

In one example, the providing device **325** may receive a request to provide storage for a data file that is included in the request to use a capability (here, a storage capability) in step **350**p. The providing device **325** stores the data file on a storage device accessible to the providing device **325**. The providing device **325** sends an acknowledgment message to the home-networking gateway **315** that indicates the data file was successfully stored and the location in which the data file was stored.

In another example, the providing device **325** may receive a request to retrieve a particular data file in storage in the request to use a capability (here, a capability to retrieve from storage) in step **350**p. The providing device **325** retrieves the data file from a storage device accessible to the providing device **325**. The providing device **325** sends an acknowledgment message to the home-networking gateway **315** that includes the retrieved data file.

The home-networking gateway **315** receives the acknowledgment message (step **358**g). Steps **350**g-**358**g may be referred to as a device capability spoofing sub-process **360**.

When the home-networking gateway **315** provides the capability using native home-networking gateway resources (step **338**g) or when the home-networking gateway **315** uses the providing device **325** to provide the capability (sub-process **360**), the home-networking gateway **315** sends to the requesting device **310** a message that the operation succeeded (step **364**g). The message may include data or information that is appropriate to the particular capability requested by the requesting device **310**. For example, the message that the operated succeeded may include a retrieved data file or a location that was used to store data file. The requesting device **310** receives the message that the operation succeeded (step **364**r).

The home-networking gateway may be said to spoof, or otherwise fool, the requesting device **310** by the appearance that the home-networking gateway **315** itself provided the capability. In other words, the requesting device **310** is unaware of that the providing device **325** provided the capability. This may be referred to as making a capability transparently available to a requesting device.

FIG. **4** is a shows a process **400** involving a requesting device **410**, a home-networking gateway **415**, and a host system **420** to provide a capability to the requesting device **410**. The requesting device **410** may be an implementation of one of the devices **112** of FIG. **1** or the requesting device **310**

of FIG. **3**. The home-networking gateway **415** may be an implementation of home-networking gateway **115** of FIG. **1** or home-networking gateway **315** of FIG. **3**. The host system **420** may be a host system, such as the host system **120** of FIG. **1**.

The process **400** begins when the requesting device **410** sends to the home-networking gateway **415** a request to use a particular capability of the home-networking gateway **415** (step **430**r). The home-networking gateway **415** receives the request (step **430**g), determines whether the request can be satisfied using the native capabilities of the home-networking gateway **415** (step **434**g), and, if so, provides the capability using native home-networking gateway resources (step **438**g), all of which have been described previously with respect to steps **330**g-**338**g of FIG. **3**. The home-networking gateway **415** accesses device capability information (step **440**g), and determines whether the capability is able to be spoofed using a host network device (step **444**g), and, if so, performs a device capability spoofing sub-process **360**, all of which have been described previously with respect to steps **340**g-**344**g and sub-process **360** of FIG. **3**.

When the home-networking gateway **415** determines that the capability is not able to be provided by a device on the home network (step **444**g), the home-networking gateway **415** accesses host system capability information (step **468**g). The host service capability information may include a list of services available from the host system **420** and how to access each service. The host system capability information may be an implementation of host system capability information **115**c of FIG. **1**.

The home-networking gateway **415** determines whether the requested capability is included in the capabilities included in the host system capability information (step **470**g). In other words, the home-networking gateway **415** determines whether the capability may be spoofed using the host system. If not, the home-networking gateway **415** sends a message to the requesting device **410** that the operation failed (e.g., that the particular capability is not available through the home-networking gateway **415**) (step **472**g). The requesting device **410** receives the message that the operation failed and the process **400** ends (step **472**r).

When the home-networking gateway **415** determines that the capability may be spoofed using the host system **420** (step **470**g), the home-networking gateway **415** sends to the host system **420** a request to access a host system service to use the host system capability (step **474**g).

The host system **420** receives the request (step **474**p), provides the capability by performing the requested service (step **476**p), and sends an acknowledgment to the home-networking gateway **415** (step **478**p).

In one example, the host system **420** may receive a request to provide a particular movie that is available from the host system **420**. The host system **420** accesses the movie and sends an acknowledgment message to the home-networking gateway **415** that includes the movie.

The home-networking gateway **415** receives the acknowledgment message (step **478**g). Steps **474**g-**478**g may be referred to as a host system capability spoofing sub-process **480**.

When the home-networking gateway **415** provides the capability using native home-networking gateway resources (step **438**g), when the home-networking gateway **415** uses a device spoofing capability to provide the capability (sub-process **360**), or when the home-networking gateway **415** uses the host system to provide the capability (sub-process **480**), the home-networking gateway **415** sends a message that the operation succeeded (step **484**g). The message may

15

include data or information that is appropriate to the particular capability requested by the requesting device **410**. For example, the message that the operated succeeded may include a retrieved data file, a location that was used to store data file, a requested movie, or a requested song. The requesting device **410** receives the message that the operation succeeded (step **484**g).

In some implementations, the home-networking gateway may use a process that is less hierarchical than the process **400**. For example, the home-networking gateway may access a consolidated list of capabilities that includes all of the capabilities available using the home-networking gateway itself, using any of the devices on the home network, or using the host system. The home-networking gateway then accesses the requested capability from the appropriate source (e.g., the home-networking gateway, a device on a home network, or the host system).

FIG. **5** depicts a process **500** for automatically providing a service based on detecting a device. The process **500** may be performed by a home-networking gateway, such as home-networking gateway **115** of FIG. **1**.

The process **500** begins with the home-networking gateway monitoring the home network (step **510**). For example, the home-networking gateway may be waiting to receive a UPnP announcement of the presence and/or capability of a device. A device may be detected (step **520**), for example, when the home-networking gateway receives a UPnP message announcing that a device has connected to the network.

When a device is detected (step **520**), the home-networking gateway determines whether action is required (step **530**). The home-networking gateway may determine whether action is required based on the type of the device detected (e.g., a PDA, a camera with stored photographs, and an automobile stereo system). The home-networking gateway may determine whether action is required by determining whether a script is associated with the particular type of device detected. This may be accomplished, for example, when the home-networking gateway accesses capability workflow information, such as capability workflow information **115**d of FIG. **1**, that associates a particular script with a particular type of device. When the home-networking gateway determines that a script is associated with the type of detected device, then the home-networking gateway determines that action is required. When the home-networking gateway determines that a script is not associated with the detected type of device, then the home-networking gateway determines that action is not required.

In some implementations, the home-networking gateway may determine whether action is required based on the detection of a particular device (e.g., a particular PDA of several PDAs that may connect to the home network) or may determine whether action is required based on a particular capability detected.

When the home-networking gateway determines that no action is required (step **540**), the home-networking gateway continues monitoring the home network (step **510**).

When the home-networking gateway determines that action is required (step **540**), the home-networking gateway performs the required action (step **550**). For example, the home-networking gateway accesses and executes the script associated with the detected type of device in capability workflow information.

The techniques described with respect to FIGS. **1-5** are illustrative. The capabilities spoofed are limited by the capabilities of the system or device being spoofed.

Although the techniques and concepts have been described in which a home-networking gateway spoofs a host system, a

16

trusted system that may not necessarily be in a host-client relationship with the home-networking gateway may be used in place of the described host system. Another type of trusted computing device also may be used to perform the described techniques and concepts. For example, a general-purpose computer accessible to the network, such as in a peer-to-peer relationship, or another trusted computer system may be used to perform the functions described as being performed by the host system.

The techniques and concepts are applicable to home network devices other than a home-networking gateway. For example, a router, a digital hub, a general-purpose computer, or a single-purpose configuration management device may perform the functions described as being performed by the home-networking gateway. The home-networking gateway or other similar devices may be referred to as a local proxy or a local proxy server.

Implementations may include a method or process, an apparatus or system, or computer software on a computer medium. It will be understood that various modifications may be made that still fall within the following claims. For example, advantageous results still could be achieved if steps of the disclosed techniques were performed in a different order and/or if components in the disclosed systems were combined in a different manner and/or replaced or supplemented by other components.

What is claimed is:

**1**. A method for performing a requested function through a local proxy server, the method comprising:

establishing a communications session between a first device in a home network and a local proxy server in the home network;

establishing a communications session between a second device in the home network and the local proxy server in the home network;

advertising, to the first device, a function that the second device is capable of performing as a function that the local proxy server is capable of performing;

receiving, at the local proxy server, a request to perform the function from the first device;

in response to receiving, from the first device, the request to perform the function, using the local proxy server to coordinate with the second device, thereby performing the function requested by the first device; and

spoofing the first device such that it appears to the first device that the local proxy server performed the requested function.

**2**. The method of claim **1** wherein using the proxy server to coordinate with the second device comprises using the local proxy server to coordinate with the second device and enabling the second device to perform the function requested by the first device at the second device in a manner that makes the first device unaware that the second device is performing the function.

**3**. The method of claim **1** further comprising detecting the device.

**4**. The method of claim **1** further comprising:

accessing a set of rules, each rule associating a function with a device, to determine the capability of a device to perform a function for the first device,

wherein using the local proxy server to coordinate with the second device comprises:

using the local proxy server to coordinate with the second device [an]; *and*

enabling the second device to perform the function requested by the first device at the second device based on the accessed set of rules.

17

**5**. The method of claim **1** further comprising determining whether the local proxy server is capable of performing the function requested by the first device without use of the second device, wherein the local proxy server coordinates with the second device only when the local proxy server is not capable of performing the function requested by the first device without the use of the second device.

**6**. The method of claim **1** further comprising determining whether the second device is capable of performing the function requested by the first device.

**7**. The method of claim **6** further comprising accessing capability information, wherein determining whether the second device is capable of performing the function requested by the first device comprises determining whether the second device is capable of performing the function requested by the first device based on the accessed capability information.

**8**. The method of claim **6** wherein using the proxy server to coordinate with the second device comprises sending a request to the second device to perform the function requested by the first device, the request being sent to the second device only if the second device is determined to be capable of performing the function requested by the first device.

**9**. A method for automatically identifying a function of a first device on a home network, the method comprising:

establishing a communications session between a first device in the home network and a local proxy server in the home network;

receiving, at the local proxy server, an indication of a function that the first device is capable of performing;

associating the indication of the function that the first device is capable of performing with a first device identifier;

advertising, to other devices in the home network, that the local proxy server is capable of performing the function that the first device is capable of performing; and

storing, at the local proxy server, the indication of the function that the first device is capable of performing and the association of the indication with the first device identifier for use in using the local proxy server to coordinate with the first device to perform the function at the first device in response to a request from a second device on the home network to perform the function at the local proxy server.

**10**. The method of claim **9** wherein the indication is received from the first device.

**11**. The method of claim **9** wherein the indication is received including a message that announces the presence of the first device on the home network.

**12**. The method of claim **9** further comprising:

associating a priority with the first device identifier; and

storing the association of the priority with the first device identifier.

**13**. The method of claim **9** wherein the other devices comprise devices including the second device.

**14**. A method for performing a requested function through a local proxy server, the method comprising:

establishing a communications session between a first device in a home network and a local proxy server in the home network;

establishing a communications session between the local proxy server in the home network and a trusted system;

advertising, to the first device, a function that the trusted system is capable of performing as a function that the local proxy server is capable of performing;

receiving, at the local proxy server, a request to perform the function from the first device;

18

in response to receiving, from the first device, the request to perform the function, using the local proxy server to coordinate with the trusted system to perform the function requested by the first device at the trusted system; and

spoofing the first device such that it appears to the first device that the local proxy server performed the requested function.

**15**. The method of claim **14** wherein using the local proxy server to coordinate with the trusted system to perform the function requested by the first device at the trusted system comprises performing the function requested by the first device at the trusted system such that the first device is unaware that the trusted system is performing the function requested by the first device.

**16**. The method of claim **14** further comprising detecting the trusted system.

**17**. The method of claim **14** further comprising accessing a set of rules, each rule associating a function with a device, to determine the capability of a device to perform a function for the first device,

wherein using the local proxy server to coordinate with the trusted system to perform the function requested by the first device at the trusted system comprises leveraging the trusted system to provide the function requested by the first device at the trusted system based on the accessed set of rules.

**18**. The method of claim **14** further comprising determining whether the local proxy server is capable of performing the function requested by the first device without use of the trusted system,

wherein the local proxy server coordinates with the trusted system to perform the function requested by the first device at the trusted system only when the local proxy server is not capable of performing the function requested by the first device without the use of the trusted system.

**19**. The method of claim **14** further comprising determining whether the trusted system is capable of performing the function requested by the first device.

**20**. The method of claim **19** further comprising accessing capability information, wherein determining whether the trusted system is capable of performing the function requested by the first device comprises determining whether the trusted system is capable of performing the function requested by the first device based on the accessed capability information.

**21**. The method of claim **19** wherein using the local proxy server to coordinate with the trusted system to perform the function requested by the first device at the trusted system comprises sending a request to the trusted system to perform the function requested by the first device, the request being sent to the trusted system when the trusted system is determined to be capable of performing the function requested by the first device.

**22**. The method of claim **21** further comprising:

accessing capability information to determine whether a home network device other than the first device is capable of performing the function requested by the first device, and

sending a request to the trusted system only if the home network device other than the first device is not capable of performing the function requested by the first device.

**23**. The method of claim **14** wherein the trusted system comprises an endorsed system of an Internet service provider.

**24**. The method of claim **14** wherein the trusted system comprises an endorsed system of an Internet access service.

US RE43,392 E

**19**

**25**. A *non-transitory* computer-readable storage medium having embodied thereon a computer program configured to perform a function through a local proxy server, the *non-transitory* computer-readable storage medium comprising one or more code segments configured to:

establish a communications session between a first device in a home network and a local proxy server in the home network;

establish a communications session between a second device in the home network and the local proxy server in the home network;

advertise, to the first device, a function that the second device is capable of performing as a function that the local proxy server is capable of performing;

receive, at the local proxy server, a request to perform the function from the first device;

in response to receiving, from the first device, the request to perform the function, use the local proxy server to coordinate with the second device and thereby perform the function requested by the first device; and

spoof the first device such that it appears to the first device that the local proxy server performed the requested function.

**26**. The *non-transitory* computer-readable storage medium of claim **25** wherein the one or more code segments configured to use the local proxy server to coordinate with the second device comprise one or more code segments configured to use the proxy server to coordinate with the second device and enable the second device to perform the function requested by the first device at the second device in a manner that makes the first device unaware that the second device is performing the function.

**27**. The *non-transitory* computer-readable storage medium of claim **25** wherein the one or more code segments are further configured to detect the second device.

**28**. The *non-transitory* computer-readable storage medium of claim **25** wherein the one or more code segments are further configured to access a set of rules, each rule associating a function with a device, to determine the capability of a device to perform a function for the first device, wherein the one or more code segments configured to use the local proxy server to coordinate with the second device comprise one or more code segments configured to use the local proxy server to coordinate with the second device and to enable the second device to perform the function requested by the first device at the second device based on the accessed set of rules.

**29**. The *non-transitory* computer-readable storage medium of claim **25** wherein the one or more code segments are further configured to determine whether the local proxy server is capable of performing the function requested by the first device without use of the second device, wherein the local proxy server coordinates with the second device only when the local proxy server is not capable of performing the function requested by the first device without use of the second device.

**30**. The *non-transitory* computer-readable storage medium of claim **25** wherein the one or more code segments are further configured to determine whether the second device is capable of performing the function requested by the first device.

**31**. The *non-transitory* computer-readable storage medium of claim **30** wherein

the one or more code segments are further configured to access capability information, and

the one or more code segments configured to determine whether the second device is capable of performing the function requested by the first device are configured to

**20**

determine whether the second device is capable of performing the function requested by the first device based on the accessed capability information.

**32**. The *non-transitory* computer-readable storage medium of claim **30** wherein the one or more code segments are further configured to send a request to the second device to perform the function requested by the first device, the request being sent to the second device only if the second device is determined to be capable of performing the function requested by the first device.

**33**. A *non-transitory* computer-readable storage medium having embodied thereon a computer program configured to automatically identify a function of a first device on a home network, the *non-transitory* computer-readable storage medium comprising one or more code segments configured to:

establish a communications session between a first device in the home network and a local proxy server in the home network;

receive, at the local proxy server, an indication of a function that the first device is capable of performing;

associate the indication of the function that the first device is capable of performing with a first device identifier;

advertise, to other devices in the home network, that the local proxy server is capable of performing the function that the first device is capable of performing; and

store, at the local proxy server, the indication of the function that the first device is capable of performing and the association of the indication with the first device identifier for use in using the local proxy server to coordinate with the first device to perform the function at the first device in response to a request from a second device on the home network to perform the function at the local proxy server.

**34**. The *non-transitory* computer-readable storage medium of claim **33** wherein the one or more code segments configured to receive the indication of the function that the first device is capable of performing are configured to receive the indication from the first device.

**35**. The *non-transitory* computer-readable storage medium of claim **33** wherein the indication includes a message that announces the presence of the first device on the home network.

**36**. The *non-transitory* computer-readable storage medium of claim **33** wherein the one or more code segments are further configured to:

associate a priority with the first device identifier; and

store the association of the priority with the first device identifier.

**37**. The *non-transitory* computer-readable storage medium of claim **33** wherein the other devices comprise devices including the second device.

**38**. A *non-transitory* computer-readable storage medium having embodied thereon a computer program configured to perform a requested function through a local proxy server, the *non-transitory* computer-readable storage medium comprising one or more code segments configured to:

establish a communications session between a first device in a home network and a local proxy server in the home network;

establish a communications session between the local proxy server in the home network and a trusted system;

advertise, to the first device, a function that the trusted system is capable of performing as a function that the local proxy server is capable of performing;

receive, at the local proxy server, a request to perform the function from the first device;

21

in response to receiving, from the first device, the request to perform the function, use the local proxy server to coordinate with the trusted system to perform the function requested by the first device at the trusted system; and

spoof the first device such that it appears to the first device that the local proxy server performed the requested function.

**39**. The *non-transitory* computer-readable storage medium of claim **38** wherein the one or more code segments configured to use the local proxy server to coordinate with the trusted system to perform the function requested by the first device at the trusted system comprise one or more code segments configured to use the local proxy server to coordinate with the trusted system to perform the function requested by the first device at the trusted system such that the first device is unaware that the trusted system is performing the function requested by the first device.

**40**. The *non-transitory* computer-readable storage medium of claim **38** wherein the one or more code segments are further configured to detect the trusted system.

**41**. The *non-transitory* computer-readable storage medium of claim **38** wherein the one or more code segments are further configured to access a set of rules, each rule associating a function with a device, to determine the capability of a device to perform a function for the first device, wherein the one or more code segments configured to use the local proxy server to coordinate with the trusted system to perform the function requested by the first device at the trusted system comprise one or more code segments configured to use the local proxy server to coordinate with the trusted system to perform the function requested by the first device at the trusted system based on the accessed set of rules.

**42**. The *non-transitory* computer-readable storage medium of claim **38** wherein the one or more code segments are further configured to determine whether the local proxy server is capable of performing the function requested by the first device without use of the trusted system, wherein the local proxy server coordinates with the trusted system to perform the function requested by the first device only when the local proxy server is not capable of performing the function requested by the first device without the use of the trusted system.

**43**. The *non-transitory* computer-readable storage medium of claim **38** wherein the one or more code segments are further configured to determine whether the trusted system is capable of performing the function requested by the first device.

**44**. The *non-transitory* computer-readable storage medium of claim **43** wherein the one or more code segments are further configured to access capability information wherein the one or more code segments configured to determine whether the trusted system is capable of performing the function requested by the first device comprise one or more code segments configured to determine whether the trusted system is capable of performing the function requested by the first device based on the accessed capability information.

**45**. The *non-transitory* computer-readable storage medium of claim **43** wherein the one or more code segments configured to use the local proxy server to coordinate with the trusted system to perform the function requested by the first device at the trusted system comprise one or more code segments configured to send a request to the trusted system to perform the function requested by the first device, the request being sent to the trusted system when the trusted system is determined to be capable of performing the function requested by the first device.

22

**46**. The *non-transitory* computer-readable storage medium of claim **45** wherein the one or more code segments are further configured to:

access capability information to determine whether a home network device other than the first device is capable of performing the function requested by the first device, and

only send a request to the trusted system if a home network device other than the first device is not capable of performing the function requested by the first device.

**47**. The *non-transitory* computer-readable storage medium of claim **38** wherein the trusted system comprises an endorsed system of an Internet service provider.

**48**. The *non-transitory* computer-readable storage medium of claim **38** wherein the trusted system comprises an endorsed system of an Internet access service.

**49**. An apparatus for performing a requested function through a local proxy server, the apparatus comprising a processor connected to a storage device and one or more input/output devices, wherein the processor is configured to:

establish a communications session between a first device in a home network and a local proxy server in the home network;

establish a communications session between a second device in the home network and the local proxy server in the home network;

advertise, to the first device, a function that the second device is capable of performing as a function that the local proxy server is capable of performing;

receive, at the local proxy server, a request to perform the function from the first device;

in response to receiving, from the first device, the request to perform the function, use the local proxy server to coordinate with the second device and thereby perform the function requested by the first device; and

spoof the first device such that it appears to the first device that the local proxy server performed the requested function.

**50**. The apparatus of claim **49** wherein the processor is configured to use the local proxy server to coordinate with the second device and to enable the second device to perform the function requested by the first device in a manner that makes the first device unaware that the second device is performing the capability.

**51**. The apparatus of claim **49** wherein the processor is further configured to detect the second device.

**52**. The apparatus of claim **49** wherein the processor is further configured to:

access a set of rules, each rule associating a function and a device, to determine the capability of a device to perform a function for the first device,

wherein the processor is configured to use the local proxy server to coordinate with the second device and to enable the second device to perform the function requested by the first device based on the accessed set of rules.

**53**. The apparatus of claim **49** wherein the processor is further configured to determine whether the local proxy server is capable of performing the function requested by the first device without use of the second device, wherein the processor is configured to use the local proxy server to coordinate with the second device only when the local proxy server is not capable of performing the function requested by the first device without the use of the second device.

**54**. The apparatus of claim **49** wherein the processor is further configured to determine whether the second device is capable of performing the function requested by the first device.

US RE43,392 E

23

**55**. The apparatus of claim **54** wherein the processor is further configured to:

access capability information, and

determine whether the second device is capable of performing the function requested by the first device based on the accessed capability information.

**56**. The apparatus of claim **54** wherein the processor is configured to use the local proxy server to coordinate with the second device by sending a request to the second device to perform the function requested by the first device only if the second device is determined to be capable of performing the function requested by the first device.

**57**. An apparatus for automatically identifying a function of a first device on a home network, the apparatus comprising a processor connected to a storage device and one or more input/output devices, wherein the processor is configured to:

establish a communications session between a first device in the home network and a local proxy server in the home network;

receive, at the local proxy server, an indication of a function that the first device is capable of performing;

associate the indication of the function that the first device is capable of performing with a first device identifier;

advertise, to other devices in the home network, that the local proxy server is capable of performing the function that the first device is capable of performing; and

store, at the local proxy server, the indication of the function that the first device is capable of performing and the association of the indication with the first device identifier for use in using the local proxy server to coordinate with the first device to perform the function at the first device in response to a request from a second device on the home network to perform the function at the local proxy server.

**58**. The apparatus of claim **57** wherein the processor is further configured to receive the indication from the first device.

**59**. The apparatus of claim **57** wherein the indication includes a message that announces the presence of the first device on the home network.

**60**. The apparatus of claim **57** wherein the processor is further configured to:

associate a priority with the first device identifier; and

store the association of the priority with the first device identifier.

**61**. The apparatus of claim **57** wherein the other devices comprise devices including the second device.

**62**. An apparatus for performing a requested function through a local proxy server, the apparatus comprising a processor connected to a storage device and one or more input/output devices, wherein the processor is configured to:

establish a communications session between a first device in a home network and a local proxy server in the home network;

establish a communications session between the local proxy server in the home network and a trusted system;

advertise, to the first device, a function that the trusted system is capable of performing as a function that the local proxy server is capable of performing;

receive, at the local proxy server, a request to perform the function from the first device;

in response to receiving, from the first device, the request to perform the function, use the local proxy server to coordinate with the trusted system to perform the function requested by the first device at the trusted system; and

24

spoof the first device such that it appears to the first device that the local proxy server performed the requested function.

**63**. The apparatus of claim **62** wherein the processor is configured to use the local proxy server to coordinate with the trusted system to perform the function requested by the first device at the trusted system such that the first device is unaware that the trusted system is performing the capability.

**64**. The apparatus of claim **62** wherein the processor is further configured to detect the trusted system.

**65**. The apparatus of claim **62** wherein the processor is further configured to:

access a set of rules, each rule associating a function and a device, to determine the capability of a device to perform a function for the first device, and

use the local proxy server to coordinate with the trusted system to perform the function requested by the first device at the trusted system based on the accessed set of rules.

**66**. The apparatus of claim **62** wherein the processor is further configured to determine whether the local proxy server is capable of performing the function requested by the first device without the use of the trusted system, wherein the processor is configured to use the local proxy server to coordinate with the trusted system to perform the function requested by the first device at the trusted system only when the local proxy server is not capable of performing the function requested by the first device without the use of the trusted system.

**67**. The apparatus of claim **62** wherein the processor is further configured to determine whether the trusted system is capable of performing the function requested by the first device.

**68**. The apparatus of claim **67** wherein the processor is further configured to:

access capability information, and

determine whether the trusted system is capable of performing the function requested by the first device based on the accessed capability information.

**69**. The apparatus of claim **67** wherein the processor is further configured to send a request to the trusted system to perform the function requested by the first device only when the trusted system is determined to be capable of performing the function requested by the first device.

**70**. The apparatus of claim **69** wherein the processor is further configured to:

access capability information to determine whether a home network device other than the first device is capable of performing the function requested by the first device, and

send a request to the trusted system only if a home network device other than the first device is not capable of performing the function requested by the first device.

**71**. The apparatus of claim **62** wherein the trusted system comprises an endorsed system of an Internet service provider.

**72**. The apparatus of claim **62** wherein the trusted system comprises an endorsed system of an Internet access service.

**73**. The method of claim **1** wherein advertising a function that the second device is capable of performing as a function that the local proxy server is capable of performing comprises displaying to an operator of the first device an indicator indicating that the local proxy server is capable of performing the function.

**74**. The method of claim **9** further comprising:

associating a network address with the first device;

**25**

storing, at the local proxy server, the network address and the association of the network address with the first device, wherein

storing the indication of the function that the first device is capable of performing and the association of the indication with the first device identifier enables a determination that the first device is capable of performing the function in response to a request for the function, and

storing the network address and the association of the network address with the first device enables sending a request to the first device to perform the function based on the determination that the first device is capable of performing the function and in response to the request for the function.

**75**. The method of claim **74** further comprising:

advertising, to the second device, the function that the first device is capable of performing as a function that the local proxy server is capable of performing,

receiving, at the local proxy server, a first request for the advertised function from the second device;

in response to receiving the first request from the second device, determining that the first device is capable of performing the requested function based on the stored association of the indication of the function that the first device is capable of performing with the first device identifier; and

based on a determination that the first device is capable of performing the requested function and in response to receiving the first request from the second device, sending a second request to the first device to perform the requested function in a manner that is transparent to the second device by sending the second request to the network address associated with the first device.

**76**. The method of claim **74** wherein the first device identifier comprises a MAC address and the network address comprises an IP address.

**77**. The method of claim **14** wherein the trusted system is external to the home network.

**78**. The method of claim **14** wherein advertising a function that the trusted system is capable of performing as a function that the local proxy server is capable of performing comprises displaying to an operator of the first device an indicator indicating that the local proxy server is capable of performing the function.

*79. A method in a proxy server for performing a requested function, comprising:*

*advertising, to a first device, a function that a second device is capable of performing as a function that the proxy server is capable of performing;*

*receiving, at the proxy server, a request to perform the function from the first device;*

*in response to receiving, from the first device, the request to perform the function, using the proxy server to coordinate with the second device, thereby performing the function requested by the first device; and*

*spoofing the first device such that it appears to the first device that the proxy server performed the requested function.*

*80. The method of claim 79 further comprising:*

*accessing a set of rules, each rule associating a function with a device, to determine the capability of a device to perform a function for the first device,*

*wherein using the proxy server to coordinate with the second device comprises:*

*using the proxy server to coordinate with the second device; and*

**26**

*enabling the second device to perform the function requested by the first device at the second device based on the accessed set of rules.*

*81. The method of claim 79 further comprising determining whether the proxy server is capable of performing the function requested by the first device without use of the second device, wherein the proxy server coordinates with the second device only when the proxy server is not capable of performing the function requested by the first device without the use of the second device.*

*82. The method of claim 79 further comprising determining whether the second device is capable of performing the function requested by the first device.*

*83. The method of claim 82 further comprising accessing capability information, wherein determining whether the second device is capable of performing the function requested by the first device comprises determining whether the second device is capable of performing the function requested by the first device based on the accessed capability information.*

*84. The method of claim 82 wherein using the proxy server to coordinate with the second device comprises sending a request to the second device to perform the function requested by the first device, the request being sent to the second device only if the second device is determined to be capable of performing the function requested by the first device.*

*85. The method of claim 79 wherein the second device is a system endorsed by an Internet service provider or by an Internet access service.*

*86. A non-transitory computer-readable storage medium having instructions stored thereon, that if executed by a proxy server, cause the proxy server to perform acts, including:*

*advertising, to a first device, a function that a second device is capable of performing as a function that the proxy server is capable of performing;*

*receiving a request to perform the function from the first device;*

*in response to receiving the request to perform the function, coordinating with the second device to perform the function requested by the first device; and*

*spoofing the first device such that it appears to the first device that the proxy server performed the requested function.*

*87. The non-transitory computer-readable storage medium of claim 86 wherein the acts further comprise determining whether the second device is capable of performing the function requested by the first device.*

*88. The non-transitory computer-readable storage medium of claim 87 wherein the acts further comprise accessing capability information, wherein determining whether the second device is capable of performing the function requested by the first device comprises determining whether the second device is capable of performing the function requested by the first device based on the accessed capability information.*

*89. The non-transitory computer-readable storage medium of claim 86 wherein the second device is a system endorsed by an Internet service provider or by an Internet access service.*

*90. A proxy server for performing a requested function, comprising:*

*a processor; and*

*a memory that stores instructions usable to control the proxy server, wherein the proxy server is configured to:*

*advertise, to a first device, a function that a second device is capable of performing as a function that the proxy server is capable of performing;*

*receive, at the proxy server, a request to perform the function from the first device,*

in response to receiving the request to perform the function, coordinate with the second device, to perform the function requested by the first device; and

spoof the first device such that the local proxy server performed the requested function.

91. The proxy server of claim 90 wherein the proxy server is further configured to determine whether the second device is capable of performing the function requested by the first device.

92. The proxy server of claim 91 wherein the proxy server is further configured to access capability information, and to determine whether the second device is capable of performing the function requested by the first device based on based on the accessed capability information.

93. The proxy server of claim 90 wherein the second device is an endorsed system of an Internet service provider or of an Internet access service.

94. A proxy server for performing a requested function, comprising:

means for advertising, to a first device, a function that a second device is capable of performing as a function that the proxy server is capable of performing;

means for receiving, at the proxy server, a request to perform the function from the first device;

means for, in response to receiving the request to perform the function, coordinating, with the second device, performance of the requested function; and

means for spoofing the first device such that it appears to the first device that the proxy server performed the requested function.

95. A method for identifying a function of a first device, comprising:

receiving, at the proxy server, an indication of a function that the first device is capable of performing;

associating the indication of the function that the first device is capable of performing with a first device identifier;

advertising, by the proxy server to devices other than the first device and the proxy server, that the proxy server is capable of performing the function that the first device is capable of performing; and

storing, at the proxy server, the indication of the function that the first device is capable of performing and the association of the indication with the first device identifier for use in using the proxy server to coordinate with the first device to perform the function at the first device in response to a request from a second device to perform the function at the proxy server.

96. The method of claim 95 wherein the received indication includes a message that announces the presence of the first device on a home network.

97. The method of claim 95 further comprising:

associating a priority with the first device identifier; and storing the association of the priority with the first device identifier.

98. The method of claim 95 further comprising:

associating a network address with the first device;

storing, at the proxy server, the network address and the association of the network address with the first device, wherein storing the indication of the function that the first device is capable of performing and the association of the indication with the first device identifier enables a determination that the first device is capable of performing the function in response to a request for the function, and storing the network address and the association of the network address with the first device enables sending a request to the first device to perform the function based on the determination that the first device is capable of performing the function and in response to the request for the function.

99. The method of claim 95 wherein the first device identifier comprises a MAC address and the network address comprises an IP address.

100. A method in a first device for providing a function, comprising:

transmitting, to a proxy server, an indication of the function that the first device is capable of performing;

transmitting, to the proxy server, a first device identifier that is associated with the first device, wherein the proxy server is configured to:

associate the indication of the function with first device identifier;

advertise, to devices other than the first device and the proxy server, that the proxy server is capable of performing the function; and

store the indication of the function and the association of the indication with the first device identifier to enable the proxy server to coordinate with the first device to perform the function at the first device in response to a request from a second device on the home network to perform the function at the proxy server;

receiving, from the proxy server, a request to perform the function; and

performing the requested function.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.           : RE43,392 E                                        Page 1 of 2
APPLICATION NO.  : 12/651865
DATED                    : May 15, 2012
INVENTOR(S)         : Meenan et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

On the Title Page, in the Figure, for Tag "130c", in Line 1, delete "PTSN" and insert -- PSTN --, therefor.

On the Title Page, in Item (56), under "FOREIGN PATENT DOCUMENTS", in Column 2, Line 1, delete "WO 0122661 3/2001".

On Title Page 2, in Item (56), under "OTHER PUBLICATIONS", in Column 2, Line 8, delete "(Request for Comments: 2132)"," and insert -- ", --, therefor.

In Fig. 1, Drawing Sheet 1 of 5, for Tag "130c", in Line 1, delete "PTSN" and insert -- PSTN --, therefor.

In the Specifications

In Column 3, Line 16, delete "DESCRIPTION" and insert -- BRIEF DESCRIPTION --, therefor.

In Column 5, Line 11, delete "from a" and insert -- from --, therefor.

In Column 5, Line 65, delete "130d" and insert -- 130c --, therefor.

In Column 10, Line 25, delete "thorough" and insert -- through --, therefor.

In Column 12, Line 27, delete "thorough" and insert -- through --, therefor.

In the Claims

In Column 19, Line 62, in Claim 31, delete "wherein" and insert -- wherein: --, therefor.

Signed and Sealed this
Seventh Day of May, 2013

Teresa Stanek Rea
*Acting Director of the United States Patent and Trademark Office*

Case 2:24-cv-00287-JRG   Document 1-1   Filed 04/22/24   Page 24 of 24 PageID #: 29

**CERTIFICATE OF CORRECTION (continued)**
**U.S. Pat. No. RE43,392 E**

In Column 27, Lines 13-14, in Claim 92, delete "based on based on" and insert -- based on --, therefor.

In Column 27, Line 27, in Claim 94, delete "function:" and insert -- function; --, therefor.