Exhibit 2

Charted Claims:

Method Claims:79

| USRE43392 | Tuya Multi-Mode Gateway ("Accused Product") |
|---|---|
| 79. A method in a proxy server for performing a requested function, comprising: advertising, to a first device, a function that a second device is capable of performing as a function that the proxy server is capable of performing, | The accused product practices a method in a proxy server (e.g., the accused product) for performing a requested function (e.g., arming/disarming a security system), comprising: advertising (e.g., displaying controls of arming/disarming a security system), to a first device (e.g., mobile phone enabled with Tuya Smart Life app), a function (e.g., arming/disarming a security system) that a second device (e.g., PIR sensor,  smart locks, contact sensor etc.) is capable of performing as a function (e.g., arming/disarming a security system) that the proxy server (e.g., the accused product) is capable of performing. <br><br> As shown below, the accused product connects with smart devices such as smart locks, PIR sensor, contact sensor etc. It is connected to Smart Life App installed on a user's mobile phone during setup. This enables the user to control home security system by selecting arming/disarming option from the mobile app. When a user selects to either arm or disarm the system, the accused product receives the command, and communicates (e.g., via ZigBee, Wi-Fi etc.) with devices associated with the system, such as smart locks, PIR sensor, contact sensor etc., to perform a function, based on the user selection. For example, if the user selects to perform an arming function via the mobile phone, the accused product communicates with the sensors and command them to start their sensing function. |



Home / All / Gateway Control / Gateway / Gateway

## Multi-Mode Gateway

Remote Control I Smart Security I Multiple Protocols I Smart Scenes

Communication Protocol

Wi-Fi & Ethernet

Development type

Plug and play

**Create My Own**      Share      Consult

https://solution.tuya.com/projects/CMa8kjgmijv3tp

# Multi-Mode Gateway Solutions

The multi-mode gateway supports Wi-Fi + cable + Bluetooth + Zigbee protocols. It implements communication between the cloud and mobile phones through Wi-Fi and cable. The connected Zigbee and Bluetooth mesh (SIG) devices can be viewed and remotely controlled by the app. Moreover, the functions of adding and resetting devices, third-party control, and sub-device group control can be implemented. Support audible and visual alarm function and integration into the smart security SaaS. Those features can meet the needs of diversified smart home and security scenarios.



## Parameters

| | | | | | |
|---|---|---|---|---|---|
| Communication capability: | Wi-Fi + cable + Ble + Zigbee | Development mode: | WRG2 - IPEX + ZS3L(Ble) + ZS3L(Zigbee) | Recommend module: | Zero-coding development |
| Recommend control panel: | Public panel | Power consumption type: | General power consumption | Functional adaptation: | Zigbee, sighmesh and Ble sub-device |
| Number of nodes/Pcs: | Bluetooth Mesh + BLE sub-device 200pcs; Zigbee sub-device 128pcs; Number of connected BLE nodes in real-time 3pcs | Communication distance (range of visibility) /m: | indoor 35m, outdoor 200m+ | | |

https://solution.tuya.com/projects/CMa4s3xhnq7vab



# Scenarios

Going home          **Smart security**          Pet care mode          Peaceful sleep



With security mode enabled, the gateway will send live alerts of unusual activities. For example, the gateway will send alerts if contact sensors detect an open action and passive IR (PIR) sensors detect movements. Flexibly arm and disarm your home security system.

https://solution.tuya.com/projects/CMa8kjgmijv3tp



**Add and control sub-devices**

Users can remotely control Bluetooth and Zigbee devices under the gateway through mobile phones; It is no longer limited by distance, making equipment control more worry-free. And support reliable local linkage/scenario and group control services.



**Smart security**

The gateway can be connected to the Security SaaS. You can configure the security attributes of the gateway to connect it to Security PaaS and acquire the permissions for arming and disarming in the cloud.



**OTA services**

Tuya provides over-the-air (OTA) update services for the entire gateway system, including the gateway device, Zigbee master control board, Zigbee modules, and the MCUs connected to the Zigbee module. You can update their software through OTA without dismantling them.



**Accidental deletion prevention**

Under normal conditions, a sub-device will be reset if it is disconnected by mistake. If the user does not pair the network for this sub-device, it will be automatically connected to the previous gateway in three minutes.



**Dynamic heartbeat management for sub-devices**

The online and offline of the connected sub-devices can be dynamically detected based on a dynamic heartbeat algorithm. The whole process takes 10 seconds or longer, depending on the number of the connected sub-devices.



**Real-time logs reporting**

Report real-time sub-device error code and gateway log sequence, enhancing subsequent maintenance.

[https://solution.tuya.com/projects/CMa8kjgmijv3tp](https://solution.tuya.com/projects/CMa8kjgmijv3tp)

# Simple network access to wall switch cable box

Access to wall switch network cable box and WiFi router both



Method 1

Pair the gateway to Smart Life APP under 2.4G WiFi and phone Bluetooth in advance

https://expo.tuya.com/product/1096040



https://www.youtube.com/watch?v=WYh7wcWkRh4



https://www.youtube.com/watch?v=WYh7wcWkRh4



https://www.youtube.com/watch?v=WYh7wcWkRh4



https://www.youtube.com/watch?v=WYh7wcWkRh4



https://developer.tuya.com/en/docs/iot-device-dev/tuyaos-gateway-join?id=Kc3234gqbhjjt

TuyaOS > Gateway Framework > Product Development > Multi-Mode Gateway

# Multi-Mode Gateway

Last Updated on : 2023-10-17 09:52:39

☐ download

The **multi-mode gateway** is a core board for gateway development. It can help you get acquainted with the development process on the Tuya IoT Development Platform as well as prototype your idea and build demo applications.

## Overview 🔗

The multi-mode gateway is integrated with a Bluetooth module and a Zigbee module and uses the SSD202D TuyaOS production package, enabling you to build a smart gateway with no code. Without any adaptation, your gateway can connect to all sub-devices that use Bluetooth or Zigbee in the Tuya ecosystem.

https://developer.tuya.com/en/docs/iot-device-dev/tuyaos-gateway-multi-mode-gateway?id=Kc5xgv7cxg27a



https://expo.tuya.com/product/1096040



ization: ⓘ   OEM, Customize
https://expo.tuya.com/product/1096040



https://expo.tuya.com/product/881048



https://expo.tuya.com/product/881048

| | |
|---|---|
| receiving, at the proxy server, a request to perform the function from the first device, | The accused product practices receiving, at the proxy server (e.g., the accused product), a request (e.g., user selection of arming/disarming a security system) to perform the function (e.g., arming/disarming a security system) from the first device (e.g., mobile phone enabled with Tuya Smart Life app).

As shown below, after the accused product is set up with Tuya Smart Life App (installed on a user's mobile phone), controls for arming/disarming a security system are displayed on the mobile phone. Now, when a user selects to either arm or disarm a security system from a mobile app, the accused product (connected with Tuya's server) |

associated with the app receives the command to perform the required functionality.

https://expo.tuya.com/product/1096040



https://expo.tuya.com/product/1096040

# Scenarios

Going home        Smart security        Pet care mode        Peaceful sleep

With security mode enabled, the gateway will send live alerts of unusual activities. For example, the gateway will send alerts if contact sensors detect an open action and passive IR (PIR) sensors detect movements. Flexibly arm and disarm your home security system.



https://solution.tuya.com/projects/CMa8kjgmijv3tp

# Multi-Mode Gateway Solutions

The multi-mode gateway supports Wi-Fi + cable + Bluetooth + Zigbee protocols. It implements communication between the cloud and mobile phones through Wi-Fi and cable. The connected Zigbee and Bluetooth mesh (SIG) devices can be viewed and remotely controlled by the app. Moreover, the functions of adding and resetting devices, third-party control, and sub-device group control can be implemented. Support audible and visual alarm function and integration into the smart security SaaS. Those features can meet the needs of diversified smart home and security scenarios.



## Parameters

| | | | | | |
|---|---|---|---|---|---|
| Communication capability: | Wi-Fi + cable + Ble + Zigbee | Development mode: | WRG2 - IPEX + ZS3L(Ble) + ZS3L(Zigbee) | Recommend module: | Zero-coding development |
| Recommend control panel: | Public panel | Power consumption type: | General power consumption | Functional adaptation: | Zigbee, sighmesh and Ble sub-device |
| Number of nodes/Pcs: | Bluetooth Mesh + BLE sub-device 200pcs; Zigbee sub-device 128pcs; Number of connected BLE nodes in real-time 3pcs | Communication distance (range of visibility) /m: | indoor 35m, outdoor 200m+ | | |

https://solution.tuya.com/projects/CMa4s3xhnq7vab



https://solution.tuya.com/projects/CMa8kjgmijv3tp



# Simple network access to wall switch cable box

Access to wall switch network cable box and WiFi router both

**Method 1**

Pair the gateway to Smart Life APP under 2.4G WiFi and phone Bluetooth in advance

https://expo.tuya.com/product/1096040



https://www.youtube.com/watch?v=WYh7wcWkRh4



https://www.youtube.com/watch?v=WYh7wcWkRh4



https://www.youtube.com/watch?v=WYh7wcWkRh4

| in response to receiving, from the first device, the request to perform the function, using the proxy server to coordinate with the second device, thereby performing the function requested by the first device, and | The accused product practices in response to receiving, from the first device (e.g., mobile phone enabled with Tuya Smart Life app), the request (e.g., user selection of arming/disarming a security system) to perform the function (e.g., arming/disarming a security system), using the proxy server (e.g., the accused product) to coordinate (e.g., communicate using ZigBee) with the second device (e.g., PIR sensor, smart locks, contact sensor etc.), thereby performing the function (e.g., arming/disarming a security system) requested by the first device (e.g., mobile phone enabled with Tuya Smart Life app).<br><br>As shown below, the accused product connects with smart devices such as smart locks, PIR sensor, contact sensor etc. It is connected to Smart Life App installed on a user's |

mobile phone during setup. This enables the user to control home security system by selecting an arming or disarming option from the mobile app. When a user selects to either arm or disarm the system, the accused product receives the command, and communicates (e.g., via ZigBee, Wi-Fi etc.) with devices associated with the system, such as smart locks, PIR sensor, contact sensor etc., to perform a function, based on the user selection. For example, if the user selects to perform an arming function via the mobile phone, the accused product communicates with the sensors and command them to start their sensing function. Similarly, if the user selects to perform a disarming function via the mobile phone, the accused product communicates with the sensors and command them to stop their sensing function.



https://solution.tuya.com/projects/CMa8kjgmijv3tp

# Multi-Mode Gateway Solutions

The multi-mode gateway supports Wi-Fi + cable + Bluetooth + Zigbee protocols. It implements communication between the cloud and mobile phones through Wi-Fi and cable. The connected Zigbee and Bluetooth mesh (SIG) devices can be viewed and remotely controlled by the app. Moreover, the functions of adding and resetting devices, third-party control, and sub-device group control can be implemented. Support audible and visual alarm function and integration into the smart security SaaS. Those features can meet the needs of diversified smart home and security scenarios.



## Parameters

| | | | | | |
|---|---|---|---|---|---|
| Communication capability: | Wi-Fi + cable + Ble + Zigbee | Development mode: | WRG2 - IPEX + ZS3L(Ble) + ZS3L(Zigbee) | Recommendmodule: | Zero-coding development |
| Recommend control panel: | Public panel | Power consumption type: | General power consumption | Functional adaptation: | Zigbee, sighmesh and Ble sub-device |
| Number of nodes/Pcs: | Bluetooth Mesh + BLE sub-device 200pcs; Zigbee sub-device 128pcs; Number of connected BLE nodes in real-time 3pcs | Communication distance (range of visibility)  /m: | indoor 35m, outdoor 200m+ | | |

https://solution.tuya.com/projects/CMa4s3xhnq7vab



https://expo.tuya.com/product/1096040

# Scenarios

Going home | **Smart security** | Pet care mode | Peaceful sleep

With security mode enabled, the gateway will send live alerts of unusual activities. For example, the gateway will send alerts if contact sensors detect an open action and passive IR (PIR) sensors detect movements. Flexibly arm and disarm your home security system.



https://solution.tuya.com/projects/CMa8kjgmijv3tp



**Add and control sub-devices**

Users can remotely control Bluetooth and Zigbee devices under the gateway through mobile phones; It is no longer limited by distance, making equipment control more worry-free. And support reliable local linkage/scenario and group control services.



**Smart security**

The gateway can be connected to the Security SaaS. You can configure the security attributes of the gateway to connect it to Security PaaS and acquire the permissions for arming and disarming in the cloud.



**OTA services**

Tuya provides over-the-air (OTA) update services for the entire gateway system, including the gateway device, Zigbee master control board, Zigbee modules, and the MCUs connected to the Zigbee module. You can update their software through OTA without dismantling them.



**Accidental deletion prevention**

Under normal conditions, a sub-device will be reset if it is disconnected by mistake. If the user does not pair the network for this sub-device, it will be automatically connected to the previous gateway in three minutes.



**Dynamic heartbeat management for sub-devices**

The online and offline status of the connected sub-devices can be dynamically detected based on a dynamic heartbeat algorithm. The whole process takes 10 seconds or longer, depending on the number of the connected sub-devices.



**Real-time logs reporting**

Report real-time sub-device error code and gateway log sequence, enhancing subsequent maintenance.

https://solution.tuya.com/projects/CMa8kjgmijv3tp



https://www.youtube.com/watch?v=WYh7wcWkRh4



https://www.youtube.com/watch?v=WYh7wcWkRh4



https://www.youtube.com/watch?v=WYh7wcWkRh4



https://developer.tuya.com/en/docs/iot-device-dev/tuyaos-gateway-join?id=Kc3234gqbhjjt

TuyaOS > Gateway Framework > Product Development > Multi-Mode Gateway

# Multi-Mode Gateway

Last Updated on : 2023-10-17 09:52:39

⊞ download

The **multi-mode gateway** is a core board for gateway development. It can help you get acquainted with the development process on the Tuya IoT Development Platform as well as prototype your idea and build demo applications.

## Overview 🔗

The multi-mode gateway is integrated with a Bluetooth module and a Zigbee module and uses the SSD202D TuyaOS production package, enabling you to build a smart gateway with no code. Without any adaptation, your gateway can connect to all sub-devices that use Bluetooth or Zigbee in the Tuya ecosystem.

https://developer.tuya.com/en/docs/iot-device-dev/tuyaos-gateway-multi-mode-gateway?id=Kc5xgv7cxg27a



https://expo.tuya.com/product/1096040



ization: ⑦   OEM, Customize
https://expo.tuya.com/product/1096040



https://expo.tuya.com/product/881048



https://expo.tuya.com/product/881048

| spoofing the first device such that it appears to the first device that the proxy server performed the requested function. | The accused product practices spoofing the first device (e.g., mobile phone enabled with Tuya Smart Life app) such that it appears to the first device (e.g., mobile phone enabled with Tuya Smart Life app) that the proxy server (e.g., the accused product) performed the requested function (e.g., arming/disarming a security system).<br><br>As shown below, after the accused product, connected to a server, is set up with Tuya Smart Life App (installed on a user's mobile phone), controls for arming/disarming a security system are displayed on the mobile phone via the server. The user then selects an arming or disarming function via the app. The accused product connected to |

the server takes this command from the user. It thereafter, in the background, communicates with associated sensors and locks (e.g., via ZigBee technology). These sensors and locks then eventually arm or disarm the security system based on the user's selection. Therefore, the mobile phone is being spoofed that the function (of arming/disarming a system) is performed by the accused product, however, the sensors and locks are actually performing the required functionality.



https://solution.tuya.com/projects/CMa8kjgmijv3tp

# Multi-Mode Gateway Solutions

The multi-mode gateway supports Wi-Fi + cable + Bluetooth + Zigbee protocols. It implements communication between the cloud and mobile phones through Wi-Fi and cable. The connected Zigbee and Bluetooth mesh (SIG) devices can be viewed and remotely controlled by the app. Moreover, the functions of adding and resetting devices, third-party control, and sub-device group control can be implemented. Support audible and visual alarm function and integration into the smart security SaaS. Those features can meet the needs of diversified smart home and security scenarios.



## Parameters

| | | | | | |
|---|---|---|---|---|---|
| Communication capability: | Wi-Fi + cable + Ble + Zigbee | Development mode: | WRG2 - IPEX + ZS3L(Ble) + ZS3L(Zigbee) | Recommend module: | Zero-coding development |
| Recommend control panel: | Public panel | Power consumption type: | General power consumption | Functional adaptation: | Zigbee, sighmesh and Ble sub-device |
| Number of nodes/Pcs: | Bluetooth Mesh + BLE sub-device 200pcs; Zigbee sub-device 128pcs; Number of connected BLE nodes in real-time 3pcs | Communication distance (range of visibility) /m: | indoor 35m, outdoor 200m+ | | |

https://solution.tuya.com/projects/CMa4s3xhnq7vab



https://expo.tuya.com/product/1096040

# Scenarios

Going home    **Smart security**    Pet care mode    Peaceful sleep

With security mode enabled, the gateway will send live alerts of unusual activities. For example, the gateway will send alerts if contact sensors detect an open action and passive IR (PIR) sensors detect movements. Flexibly arm and disarm your home security system.



https://solution.tuya.com/projects/CMa8kjgmijv3tp



**Add and control sub-devices**

Users can remotely control Bluetooth and Zigbee devices under the gateway through mobile phones; It is no longer limited by distance, making equipment control more worry-free. And support reliable local linkage/scenario and group control services.



Smart security

The gateway can be connected to the Security SaaS. You can configure the security attributes of the gateway to connect it to Security PaaS and acquire the permissions for arming and disarming in the cloud.



OTA services

Tuya provides over-the-air (OTA) update services for the entire gateway system, including the gateway device, Zigbee master control board, Zigbee modules, and the MCUs connected to the Zigbee module. You can update their software through OTA without dismantling them.



Accidental deletion prevention

Under normal conditions, a sub-device will be reset if it is disconnected by mistake. If the user does not pair the network for this sub-device, it will be automatically connected to the previous gateway in three minutes.



Dynamic heartbeat management for sub-devices

The online and offline of the connected sub-devices can be dynamically detected based on a dynamic heartbeat algorithm. The whole process takes 10 seconds or longer, depending on the number of the connected sub-devices.



Real-time logs reporting

Report real-time sub-device error code and gateway log sequence, enhancing subsequent maintenance.

https://solution.tuya.com/projects/CMa8kjgmijv3tp



https://www.youtube.com/watch?v=WYh7wcWkRh4



https://www.youtube.com/watch?v=WYh7wcWkRh4



https://www.youtube.com/watch?v=WYh7wcWkRh4



https://developer.tuya.com/en/docs/iot-device-dev/tuyaos-gateway-join?id=Kc3234gqbhjjt

TuyaOS > Gateway Framework > Product Development > Multi-Mode Gateway

# Multi-Mode Gateway

Last Updated on : 2023-10-17 09:52:39

⊞ download

The **multi-mode gateway** is a core board for gateway development. It can help you get acquainted with the development process on the Tuya IoT Development Platform as well as prototype your idea and build demo applications.

## Overview 🔗

The multi-mode gateway is integrated with a Bluetooth module and a Zigbee module and uses the SSD202D TuyaOS production package, enabling you to build a smart gateway with no code. Without any adaptation, your gateway can connect to all sub-devices that use Bluetooth or Zigbee in the Tuya ecosystem.

https://developer.tuya.com/en/docs/iot-device-dev/tuyaos-gateway-multi-mode-gateway?id=Kc5xgv7cxg27a

App Development > App Consumer Use Issues > Product Use Issues > Other Products

## Where are the disarm and arm buttons for security equipment?

Last Updated on:  2023-10-19 12:44:53

YouTube:  https://youtu.be/MWqG4N0TVZU

Dear user, we are sorry for your inconvenience. At this stage, only the Security App and our latest version App support this feature. When there is at least one security gateway in the device list, the "Smart security" function will be activated. This function supports basic arming and disarming functions. At this stage, general gateways are not supported to use "Smart security"function. In the future, we will add this feature to all our gateways. At that time, you can update the normal gateway to a security gateway by upgrading the gateway firmware.

https://support.tuya.com/en/help/_detail/K9qz2ung8oz6n



https://expo.tuya.com/product/1096040



https://expo.tuya.com/product/1096040



https://expo.tuya.com/product/881048



https://expo.tuya.com/product/881048